UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELIX BAEZMORALES,<br><br>         Plaintiff,<br><br>  vs.<br><br>THE DEPARTMENT OF CORRECTIONS, AIRWAY HEIGHTS CORRECTIONAL FACILITY and DR. LORANGER,<br><br>         Defendants. | NO.  CV-07-223-FVS<br><br>ORDER DISMISSING ACTION<br><br>**1915(g)** |

    By Order filed April 17, 2008, the court directed Mr. Baezmorales to show cause why his complaint should not be dismissed as set forth in the Order dated September 27, 2007 (Ct. Rec. 27). Plaintiff did not comply.

    On September 27, 2007, the court had advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss the complaint within sixty (60) days. Plaintiff, a prisoner at the Airway Heights Correction Center, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served. Mr. Baezmorales has filed nothing further in this action.

    In his complaint, Plaintiff named Defendants who are not amenable

ORDER DISMISSING ACTION -- 1

to suit under 42 U.S.C. § 1983.  Furthermore, his claim of "mental injury" was not accompanied by a showing of physical injury.  *See* 42 U.S.C. § 1997e(e); *Oliver v. Keller*, 289 F.2d 623, 630 (9th Cir. 2002).  Also, his claim of medical negligence was insufficient to support a cause of action under the Eighth Amendment.  *Broughton v. Cutter Lab*, 622 F.2d 458, 460 (9th Cir. 1980).

Although granted the opportunity to amend his complaint to correct these deficiencies, Plaintiff has not done so.  Accordingly, **IT IS ORDERED** the complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**.  **This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice

ORDER DISMISSING ACTION -- 2

1  Division.
2     **DATED** this____3d_____day of June 2008.
3
4                    s/ Fred Van Sickle
                    FRED VAN SICKLE
5        SENIOR UNITED STATES DISTRICT JUDGE

28 ORDER DISMISSING ACTION -- 3